FILED

06/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0220

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0220

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                                      O R D E R

PAUL RUSSELL SMITH,

     Defendant and Appellant.

_____

Counsel for Appellant Paul Russell Smith moves the Court to withdraw as counsel and for appointment of counsel from the Appellate Defender Division. Counsel states that his Attorney-Client Fee Agreement with Smith only provided for representation of Smith until final judgment, and that Smith is currently incarcerated and indigent.

IT IS THEREFORE ORDERED that the motion to withdraw as counsel is GRANTED.

IT IS FURTHER ORDERED that the motion for appointment of counsel is GRANTED. The Appellate Defender Division shall have thirty (30) days from the date of this Order within which to file either a Notice of Appearance or a motion to rescind this Order appointing counsel. In the event Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order any additional transcripts if they have not been already ordered.

The Clerk is directed to provide a copy of this Order to counsel of record, to the Appellate Defender Division, and to Paul Russell Smith personally.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 4 2020